# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hope Marie Zephier, | ) | Case No. 1:18-cr-135 |
| | ) | |
| Defendant. | ) | |

Defendant was conditionally released on August 7, 2018, pending final resolution of this matter. (Doc. No. 15). She currently resides in New Town, North Dakota.

Defendant has executed a plea agreement. (Doc. No. 25). Her change of plea and sentencing hearings are scheduled for September 16, 2019, in Bismarck before Chief Judge Hovland. (Doc. No. 34).

On July 24, 2019, defense counsel contacted chambers to advise that defendant wants to be remanded into custody to begin service of her anticipated sentence.

Accordingly, defendant shall surrender to United States Marshal's office in Bismarck by 3:00 p.m. on August 9, 2019. Upon her surrender, defendant shall be committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED.**

Dated this 30th day of July, 2019.

                                               */s/ Clare R. Hochhalter*
                                               Clare R. Hochhalter, Magistrate Judge
                                               United States District Court